| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED<br>CLERK, U.S. DISTRICT COURT<br>**10/4/2021**<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: JB  DEPUTY | 18CR00803-001-AJB |
| | | DOCKET NUMBER (Rec. Court) |
| | | 2:21-cr-00472-FLA |

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| Jury Elena Gonzalez<br>Central District of California | Southern California | San Diego |
| | **NAME OF SENTENCING JUDGE**<br>Anthony J. Battaglia<br>U.S. District Judge | |
| | DATES OF | FROM | TO |
| | supervised release | 08/06/2021 | 08/05/2024 |

**OFFENSE**

21 U.S.C. §§ 952 and 960, Importation of Methamphetamine, a Class A felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Probationer named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____9/15/21_____          _____[signature]_____
Date                                                    Anthony J. Battaglia
                                                        U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

_____10/01/21_____          _____[signature]_____
Effective Date                                    United States District Judge

mg